**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TANGELO IP, LLC, | § § § § § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 2:16-cv-00202-JRG |
| v. | | **LEAD CASE** |
| DOLLAR GENERAL CORPORATION and FLIPP CORPORATION, | | |
| *Defendants.* | | |
| JEG'S AUTOMOTIVE, INC. d/b/a JEG'S d/b/a JEG'S HIGH PERFORMANCE d/b/a JEG'S PERFORMANCE | § § § § § § | Civil Action No. 2:16-cv-00207-JRG |
| *Defendant.* | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulated Motion for Dismissal (Dkt. No. 99) of all claims and counterclaims asserted in this case between Plaintiff Tangelo IP, LLC and Defendant Jeg's Automotive, Inc. d/b/a Jeg's d/b/a Jeg's High Performance d/b/a Jeg's Performance, the Court finds that this Motion should be and is hereby GRANTED. It is, therefore,

ORDERED that all claims asserted in this suit by Plaintiff Tangelo  IP,  LLC against Defendant Jeg's  Automotive,  Inc.  d/b/a  Jeg's  d/b/a  Jeg's  High  Performance d/b/a Jeg's Performance are hereby dismissed with prejudice; and

ORDERED that all counterclaims asserted in this suit by Defendant Jeg's  Automotive, Inc.  d/b/a  Jeg's  d/b/a  Jeg's  High  Performance  d/b/a  Jeg's  Performance against Plaintiff Tangelo IP, LLC are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

## So Ordered this

**Sep 21, 2016**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE